UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
:
KEVIN LONG and LUDVIC PRESTO,                       :
:
                                    Plaintiffs,     :
:
                    v.                              :
:
MARUBENI AMERICA CORP. et al.,                      :
:
                                    Defendants.     :
:
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/06

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

05 Civ. 639  (GEL) (KNF)

        The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

__X__  General Pretrial (includes scheduling,
        discovery, non-dispositive pretrial
        motions, and settlement)

_____  Specific Non-Dispositive
        Motion/Dispute:*

        If referral is for discovery disputes  when
        the District Judge is unavailable, the time
        period of the referral:

_____  Settlement*

_____  Inquest After Default/Damages Hearing

_____  Consent under 28 U.S.C. §636(c) for
        all purposes (including trial)

_____  Consent under 28 U.S.C.§636(c) for
        limited purpose (e.g., dispositive
        motion, preliminary injunction)

        Purpose:_____

_____  Habeas Corpus

_____  Social Security

_____  Dispositive Motion (i.e., motion
        requiring a Report and
        Recommendation)

        Particular Motion:

        _____

        _____

        All such motions: ____

* Do not check if already referred for general pretrial.

Dated: New York, New York
        May 10, 2006

SO ORDERED.

GERARD E. LYNCH
United States District Judge