Lin 4/S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN LONG and LUDVIC PRESTO,

    Plaintiffs,

vs.

MARUBENI AMERICA CORPORATION;
KAZUHIKO SAKAMOTO in his official
and individual capacities; MASAMI SAITO
in his official and individual capacities; JOE
VAN DORN in his official and individual
capacities; and SHIGEMASA SONOBE in
his official and individual capacities,

    Defendants,

05 Civ. 0639 (GEL) (KNF)

DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/07

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiffs and Defendants, through their undersigned counsel, that the above captioned action, including all claims and counterclaims, is dismissed in its entirety with prejudice, and without costs or attorneys' fees.

_/s/ C. Thompson_
Kenneth P. Thompson (KT-6026)
THOMPSON WIGDOR & GILLY LLP
350 Fifth Avenue, Suite 5720
New York, NY 10036
(212) 239-9292
*Counsel for Plaintiffs*

Dated: 4/18 , 2007

_/s/ Kenneth Taber_
Kenneth W. Taber (KT-2570)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1813
*Counsel for Defendant Marubeni America Corporation*

Dated: April 19 , 2007

500133849v1

_[signature: Diane Windholz]_

James R. Williams (JRW-3006)
Diane Windholz (DW-9806)
JACKSON LEWIS LLP
59 Maiden Lane
New York, NY 10038
(212) 545-4016
*Counsel for the Individual Defendants*

Dated: April 18, 2007

---

SO ORDERED, this 14th day of May, 2007.

ENTER:

_[signature: Gerard E. Lynch]_
USDJ